**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 291 EAL 2014
: 
Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
v. :
:
:
:
CLIFFORD WAY, :
:
Petitioner :


## ORDER


**PER CURIAM**

     **AND NOW**, this 23rd day of October, 2014, the Petition for Allowance of Appeal

is **DENIED**.